## COURT OF COMMON PLEAS OF BALTIMORE CITY

Filed April 18, 1894.

CLARK ET. AL.

VS.

ROSA MANKO.

*Wm. J. O'Brien, Jr.,* and *Joseph S. Goldsmith* for petitioners.

*Wm. A. Fisher* for respondent.

PHELPS, J.—

The point for decision in this case is whether or not, assuming that the alle-

gations of the petition are such as to enable jurisdiction over the subject matter, the Court, as a Court of insolvency, has jurisdiction over the party, the party being a married woman and a licensed trader. The Court is of opinion that the party is not within the purview of the insolvent law and therefore not subject to the jurisdiction. The petition will be dismissed.